UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL L. ESPINOSA, | No. 2:15-mc-0091-KJM-EFB PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| PEOPLEFINDERS PRO, INC., | |
| Defendant. | |

Plaintiff Darrel L. Espinosa is proceeding in this action pro se. This miscellaneous case was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Pending before the undersigned is plaintiff's pre-filing declaration, (ECF No. 3), pursuant to the pre-filing order issued by United States District Judge Morrison C. England, Jr. in *Darrel L. Espinosa v. Scott Marshall, et al.*, CIV-S-06-1192 MCE GGH PS. Specifically, the pre-filing order provides, in relevant part, that:

> Plaintiff shall not initiate any further pro se action in this court unless the pleadings initiating the action are accompanied by a declaration under penalty of perjury that explains why plaintiff believes he has meritorious claims. The declaration shall include a list of all previous actions plaintiff has filed in this or any court, identifying named defendants and all claims made in the previous actions. Plaintiff shall certify that the defendants named in the proposed action have never before been sued by plaintiff, or alternatively that any claims against previously sued defendants are

1

> not related to previous action[s]. The declaration shall also state that the claims are not frivolous or made in bad faith, and that plaintiff has conducted a reasonable investigation of the facts and the investigation supports his claim(s). Finally, a copy of this order shall be attached to any application.

*Darrel L. Espinosa v. Scott Marshall, et al.*, CIV-S-06-1192 MCE GGH PS, ECF No 92.

Here, plaintiff has filed a declaration stating that he has "not brought any civil action in state of (sic) federal court against the defendants herein." ECF No. 3 at 4. Plaintiff's declaration, however, fails to address why he believes he has meritorious claims, fails to include a list of all previous actions plaintiff has filed in this or any court, identifying named defendants and all claims made in the previous actions and fails to contain a declaration stating that plaintiff's claims are not frivolous or made in bad faith and that plaintiff has conducted a reasonable investigation of the facts and that the investigation supports his claims.

In this regard, plaintiff has not complied with the pre-filing order. Accordingly, the Clerk of Court is directed to close this case.

DATED: February 4, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2